1

2  ANITA JAIN (State Bar No. 192961)
     Email:  ajain@MDJAlaw.com
3  MEYLAN DAVITT JAIN AREVIAN & KIM LLP
   444 South Flower Street, Suite 1850
4  Los Angeles, California 90071
   Telephone:  (213) 225-6000
5

6  GEORGE N. TOBIA, JR. (State Bar No. 165528)
     Email: gtobia@burnslev.com
7  BURNS & LEVINSON LLP
   125 Summer Street
8  Boston, Massachusetts 02110
   Telephone: (617) 345-3000
9

10

11 Attorneys for Defendants
   R&R Auction Company LLC and
12 Roger Epperson d/b/a/ Signed Sealed and
   Delivered and Roger Epperson Authentication,
13 Ltd.

14               **UNITED STATES DISTRICT COURT**

15             **CENTRAL DISTRICT OF CALIFORNIA**

16 | Nelson Deedle, an individual; and | CASE NO. 2:15-cv-05288-MMM-MRW |
   | Iconographs, Inc., a Nevada Corporation. | |

17 |              Plaintiffs, | **R&R AUCTION COMPANY, LLC'S** |
                                | **AND ROGER EPPERSON'S** |
18 | v. | **JOINT NOTICE OF MOTION AND** |
                                | **JOINT MOTION TO DISMISS** |
19 | Collectors Universe, Inc., a Delaware | **PLAINTIFFS' AMENDED** |
   | Corporation, doing business as PSA/DNA; | **COMPLAINT** |
20 | James Spence Authentication LLC, a New | |
21 | Jersey Limited Liability Company; R&R | |
   | Auction Company, LLC; Roger Epperson | |
22 | doing business as Signed Sealed and | DATE:  FEBRUARY 1, 2016 |
   | Delivered and Roger Epperson | TIME:  10:00 A.M. |
23 | Authentication, Ltd; Steve Cyrkin, | COURTROOM:  780 |
   | individually and doing business as | Hon. Margaret M. Morrow |
24 | live.autographmagazine.com; and | |
25 | Momentica, LLC, a California Limited | |
   | Liability Company, | |
26 | | Action filed:  July 14, 2015 |
27 |              Defendants. | |
28

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 10:00 a.m. on February 1, 2016, or as soon thereafter as this matter may be heard, in Courtroom 780 of the United States District Court for the Central District of California (Southern Division), located at 411 West Fourth Street, Santa Ana, California 92701-4516, Defendants R&R Auction Company, LLC ("RR Auction") and Roger Epperson d/b/a "Signed Sealed and Delivered" and d/b/a "Roger Epperson Authentication, Ltd." ("Epperson") shall and hereby jointly moves to dismiss the Amended Complaint, and each and every cause of action therein, of Plaintiffs Nelson Deedle and Iconographs, Inc., pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6).

This Motion is made on the grounds that: (1) that each cause of action in Plaintiffs' Amended Complaint fails to state a claim upon which relief may be granted; (2) the Court's dismissal of Count I of the Complaint would divest the Court of subject matter jurisdiction, as complete diversity of citizenship would not exist; (3) the Court lacks personal jurisdiction over Epperson; and (4) venue is not proper in the Central District of California as against Epperson.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the accompanying Declaration of Roger Epperson (only as to the Rule 12(b)(2) and Rule 12(b)(3) portions of the Motion applicable to Epperson), the pleadings and papers on file in this action and on such other matters as the Court may consider before ruling on this Motion.

This Motion is made following a conference of counsel pursuant to L.R. 7.3 which took place on August 27, 2015.  Subsequent efforts by RR Auction's and Epperson's counsel – by emails of October 16 and October 19 – to reconvene for a further conference have not been responded to by Plaintiffs' counsel or otherwise acknowledged.

1 | Respectfully submitted,

2 |
3 | DATED:  October 22, 2015          MEYLAN DAVITT JAIN AREVIAN & KIM LLP

4 |

5 |                                              By:  /s/ Anita Jain
6 |                                                   Anita Jain
7 |                                                   Attorney for Defendants
                                                     R&R Auction Company, LLC and
8 |                                                   Roger Epperson d/b/a/ Signed Sealed and
                                                     Delivered and Roger Epperson Authentication,
9 |                                                   Ltd.
10 |

11 |

12 | DATED:  October 22, 2015          BURNS & LEVINSON LLP
13 |

14 |

15 |                                              By:  /s/ George N. Tobia, Jr.
16 |                                                   George N. Tobia, Jr.
17 |                                                   Attorney for Defendants
                                                     R&R Auction Company, LLC and
18 |                                                   Roger Epperson d/b/a/ Signed Sealed and
                                                     Delivered and Roger Epperson Authentication,
19 |                                                   Ltd.
20 |
     4844-0822-4553.1
21 |

22 |

23 |

24 |

25 |

26 |

27 |
28 |