**CHRISTMAN, KELLEY, & CLARKE, PC**
Matthew M. Clarke, SBN 184959
matt@christmankelley.com
Dugan P. Kelley, SBN 207347
Email: dugan@christmankelley.com
Matthew M. Mong, SBN 273337
Email: mmong@christmankelley.com
1334 Anacapa Street
Santa Barbara, CA 93101
Tel: (805) 884-9922
Fax: (866) 611-9852

Attorney for Plaintiffs Nelson Deedle and Iconographs, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON DEEDLE, an individual, and ICONOGRAPHS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLLECTORS UNIVERSE, INC., a Delaware corporation, doing business as PSA/DNA; JAMES SPENCE AUTHENTICATION, LLC, a New Jersey limited liability Company; R&R AUCTION COMPANY, LLC; ROGER EPPERSON, doing business as SIGNED SEALED AND DELIVERED and ROGER EPPERSON AUTHENTICATION, LTD.; STEVE CYRKIN, individually and doing business as LIVE.AUTOGRAPH.COM; and MOMENTICA, LLC, a California limited liability company,<br><br>Defendants. | Case No. 15-cv-05288-PA-MRW<br><br>**PLAINTIFF'S NOTICE OF ELECTION TO ABANDON FEDERAL CLAIM**<br><br>Honorable Judge Percy Anderson |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD: Pursuant to the Court's order dated March 7, 2016, Plaintiffs Nelson Deedle and Iconographs Inc. hereby Abandon Plaintiffs' Federal Claim, their First Cause of Action for violations of 15 U.S.C. § 1 in their First Amended Complaint.

March 28, 2016

**CHRISTMAN, KELLEY & CLARKE, PC**

*/s/ Matthew M. Clarke*

Matthew M. Clarke
Email: matt@christmankelley.com

Attorney for Plaintiffs Nelson Deedle and Iconographs, Inc.